**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**"IN ADMIRALTY"**

**CASE NO.  14-20561-CIV-MARTINEZ/GOODMAN**

CERTAIN LLOYDS UNDERWRITERS

      Plaintiff,

vs.

JEFFREY HERMAN

      Defendant.

_____/

## REPLY TO AFFIRMATIVE DEFENSES

    COMES NOW, Plaintiff CERTAIN LLOYDS UNDERWRITERS., by and through its undersigned counsel, and hereby files its Reply to Affirmative Defenses as follows:

    1.    Denied.

    2.    Denied.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the United States District Court, Southern District of Florida and served through the Court's CM/ECF system on all counsel of records on the attached service list this 29 day of April, 2014.

**MCALPIN CONROY, P.A.**
*Counsel for Plaintiff*
Brickell Bayview Centre
80 SW 8th Street, Suite 2805
Miami, Florida 33130
Telephone: 305-810-5400
Facsimile: 305-810-5401

By: _____

**Michael E. Conroy, Esq.**
FL Bar No. 845434
MConroy@McAlpinConroy.com
**Richard McAlpin, Esq.**
FL Bar No. 438420
RMcAlpin@McAlpinConroy.com

## SERVICE LIST

**Stuart Mermelstein**
3351 NW Boca Raton Boulevard
Boca Raton, FL 33431
Telephone: (305)931-2200
smermelstein@hermanlaw.com