UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

"IN ADMIRALTY"

CASE NO. 14-20561-CIV-BLOOM/VALLE

CERTAIN LLOYDS UNDERWRITERS

    Plaintiff,
vs.

JEFFREY HERMAN

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL

IT IS HEREBY stipulated by and between counsel for the Plaintiff, CERTAIN LLOYDS UNDERWRITERS, and counsel for the Defendant, JEFFREY HERMAN, that the above cause, having been amicably settled, be dismissed and that each party shall bear its own costs and attorneys' fees subject to the pending settlement, release of bond and dismissal of *In Re Jeffrey Herman, as owner of the 2001, 63' Hatters Motor Yacht SANDY SUN v. Carmelo Gianino, et al.*, Case No.: 1:13-cv-22858-KMW.

DATED Oct. 10, 2014

McALPIN CONROY, P.A.
*Counsel for Plaintiff*
80 S.W. 8th Street, Suite 2805
Miami, FL 33130
Tel.: (305) 810-5400

Michael E. Conroy, Esq.
Florida Bar No.: 845434
MConroy@McAlpinConroy.com
RICHARD J. McALPIN
Florida Bar No. 4838420
RMcAlpin@Mcalpinconroy.com

HERMAN LAW
*Counsel for Defendant*
3351 NW Boca Raton Boulevard
Boca Raton, FL 33431
Tel.: (305) 931-2200

Stuart Mermelstein, Esq.
Florida Bar No. 947245
SMermelstein@hermanlaw.com

Case No.: 14-20561-CIV- BLOOM/VALLE
Joint Stipulation for Dismissal
Page 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October _10_, 2014, the foregoing was served but not filed this day on all counsel of record or pro se parties identified on the following Service List via E-mail and U.S. Mail.

>McALPIN CONROY, P.A.
>*Counsel for Plaintiff*
>80 S.W. 8th Street, Suite 2805
>Miami, FL 33130
>Telephone: 305-810-5400
>Facsimile: 305-810-5401
>
>/s/ Michael E. Conroy
>
>MICHAEL E. CONROY
>Florida Bar No.: 845434
>MConroy@McAlpinConroy.com
>
>RICHARD J. McALPIN
>Florida Bar No. 4838420
>RMcAlpin@Mcalpinconroy.com

## SERVICE LIST

*Certain Lloyds Underwriters v. Jeffrey Herman*
Case No. 14-cv-20561 JEM
United States District Court, Southern District of Florida

**Stuart Mermelstein, Esq.**
Florida Bar No.947245
Herman Law
3351 NW Boca Raton Boulevard
Boca Raton, FL 33431
Tel: (305) 931-2200
SMermelstein@hermanlaw.com