UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-CIV-20561-BLOOM/Valle

CERTAIN LLOYDS UNDERWRITERS,

    Plaintiff,

vs.

JEFFREY HERMAN,

    Defendant.

_____/

**ORDER**

This matter is before the Court upon the parties' Joint Stipulation of Dismissal, ECF No. [25], filed October 10, 2014.  Being fully advised, it is hereby **ORDERED and ADJUDGED** as follows:

1. This matter is **DISMISSED**.

2. Each party shall bear its own fees and costs.

3. The Court retains jurisdiction to enforce the terms of the settlement.

4. The Clerk is directed to **CLOSE THIS CASE**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 14th day of October, 2014.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record